**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 10-036** |
| **v.** | * | **SECTION: "K"** |
| **EDWARD DAVIS** | * | |
| | * * * | |

## O R D E R

Considering the foregoing Motion by the United States, and the defendant's timely acceptance of responsibility;

**IT IS HEREBY ORDERED** that the defendant's offense level shall be decreased by three levels, pursuant to U.S.S.G. § 3E1.1(b).

New Orleans, Louisiana, this __16th__ day of __September__, 2010.

_____
Stanwood R. Duval, Jr.
United States District Judge